IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **VINCENT FOREMAN,** § | |
| Plaintiff, § | |
| v. § | Civil Action No. 3:21-CV-03042-N-BH |
| § | |
| **KILOLO KIZAKAZI, ACTING** § | |
| **COMMISSIONER OF SOCIAL** § | |
| **SECURITY,** § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, the decision of the Commissioner is **AFFIRMED**.

**SIGNED** this 15th day of March, 2023.

_____
**CHIEF UNITED STATES
DISTRICT JUDGE**